## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:21-cr-0026 |
| ) | |
| **ELIJAH HAKIM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**BEFORE THE COURT** is Jury Selection and Trial in this matter. For the reasons stated on the record during the August 19, 2022, status conference, the time to try this case is extended up to and including October 24, 2022.

The premises considered, it is hereby

**ORDERED** that the time beginning from the date of this order granting an extension through October 24, 2022, **SHALL** be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; it is further

**ORDERED** that the parties **SHALL** file and serve a pre-trial brief no later October 17, 2022, which shall include the following: (a) proposed list of witnesses; (b) proposed list of exhibits; (c) estimated length of case-in-chief and case-in-defense; (d) proposed non-standard *voir dire* questions; and (e) proposed non-standard jury instructions related to the elements of the charges and defenses; it is further

*United States v. Hakim*
Case No.: 3:21-cr-0026
Order
Page 2 of 2

**ORDERED** that the parties **SHALL** provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than October 19, 2022;[1] and it is further

**ORDERED** that the jury selection and trial in this matter **SHALL** commence promptly at 9:00 A.M. on October 24, 2022, in St. Thomas Courtroom 1.

**Dated:** August 19, 2022              /s/*Robert A. Molloy*
                                        **ROBERT A. MOLLOY**
                                        **Chief Judge**

---

[1] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Government's trial exhibits shall be labelled sequentially beginning with Government's Exhibit 1. Defense exhibits shall be labelled sequentially beginning with Defense Exhibit A.